UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN SEAN JACKSON,

    Plaintiff,

v.                                                Case No. 3:16cv644-MCR-CJK

J. COPPENGER, et al.,

    Defendants.

_____/

ORDER and
REPORT AND RECOMMENDATION

    This matter is before the court on defendants' "Counsel's Motion to Withdraw Appearance for Defendant Moore" (doc. 21) and plaintiff's "Motion to Withdraw Defendant Moore" (doc. 22). The first motion indicates defendants' counsel inadvertently filed a notice of appearance on behalf of defendant Moore. Counsel seeks to withdraw the notice of appearance. The motion will be granted.

    Plaintiff's motion states that "defendant Moore played a limited role in the events surrounding [his] claim" and "Moore was not directly involved in nor did she actively participate in the violation of [his] 8th Amendment right[s]." Plaintiff, therefore, "move[s] to withdraw defendant Moore from being named and prosecuted

in this action." Because plaintiff concedes Moore did not violate his constitutional rights, Moore should be dismissed from this action.[*]

Accordingly, it is ORDERED:

Defendants' "Counsel's Motion to Withdraw Appearance for Defendant Moore" (doc. 21) is GRANTED.

And it is respectfully RECOMMENDED:

That plaintiff's "Motion to Withdraw Defendant Moore" (doc. 22) be GRANTED and defendant Moore be DISMISSED from this action.

At Pensacola, Florida, this 4th day of April, 2017.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

---

[*] The court has directed the United States Marshals Service to serve defendant Moore but service has not been effected to date. (Docs. 16, 17, 19).

Case No. 3:16cv644-MCR-CJK